1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

PARRISS STULL,

               Plaintiff,

    v.

VIGOR MARINE, LLC, an Oregon
corporation,

               Defendant.

Case No. 2:25-cv-02347-JHC

ORDER GRANTING STIPULATED
MOTION TO SET ASIDE ORDER OF
DEFAULT

     This matter comes before the Court on the parties' Stipulated Motion to Set Aside Order
of Default in this matter.  Dkt. # 9.  For the reasons stated therein, the parties' Stipulated Motion
to Set Aside Order of Default is GRANTED.

     ORDERED this 5th day of December, 2025.

John H. Chun
United States District Judge

ORDER GRANTING STIPULATED MOTION TO SET ASIDE ORDER OF DEFAULT - 1
CASE NO. 2:25-CV-02347-JHC