UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PARRIS STULL, an individual,

        Plaintiff,

        v.

VIGOR MARINE, LLC, an Oregon
Corporation,

        Defendant.

NO. 2:25-cv-02347-JHC

**ORDER GRANTING STIPULATED
MOTION FOR PLAINTIFF TO FILE
FIRST AMENDED COMPLAINT**

This matter comes before the Court on the Stipulated Motion for Plaintiff to file First Amended Complaint.  Dkt. # 15.  The Court GRANTS the motion.

DATED: February 18, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION
FOR PLAINTIFF TO FILE FIRST AMENDED
COMPLAINT - 1