**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| PARRISS STULL,<br><br>Plaintiff,<br><br>v.<br><br>VIGOR MARINE, LLC, an Oregon corporation<br><br>Defendant. | No. 2:25-cv-02347-JHC<br><br>ORDER ON STIPULATED MOTION FOR AND ORDER OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED between the undersigned parties, through their respective counsel of record, that the above-referenced matter should be dismissed with prejudice as to all defendants without an award of costs or fees to any party.

//

DATED this 18th day of August, 2026

**FREY BUCK**

Mark Conrad, WSBA #48135
Meg Price, WSBA #60831
1200 Sixth Avenue, Suite 850
Seattle, Washington 98101
mconrad@freybuck.com
mprice@freybuck.com
*Attorneys for Plaintiff*

DATED this 18th day of August, 2026

STOEL RIVES

/s/ Adam Belzberg
Aaron Doyer, WSBA #60095
Adam Belzberg, WSBA #41022
Stoel Rives
600 University Street, Suite 3600
Seattle, Washington 98101
aaron.doyer@stoel.com
adam.belzberg@stoel.com
*Attorneys for Defendant*

**ORDER OF DISMISSAL**

Pursuant to the above stipulation, Dkt. # 21:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action is hereby dismissed with prejudice and without costs or attorney fees to either party.

DONE this 19th day of August, 2026.

John H. Chun

John H. Chun
United States District Judge